BEFORE THE THIRD DIVISION, DECEMBER 5, 1940

**No. 44856.**—Protests 24746–K, etc., of Premier Dental Products Co. (Philadelphia).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Premier Dental Products Co.* v. *United States* (28 C. C. P. A.—, C. A. D. 123) the protests were sustained.

**No. 44857.**—Protest 838443–G of A. L. Tuska Son & Co. (Baltimore).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303).   The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 44858.**—Protests 968949–G, etc., of M. Pressner & Co. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303).   The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 44859.**—Protests 36609–K, etc., of Lekas & Drivas, Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) it was held that an allowance of 2½ percent should have been made in the weight of the cheese for the protective coverings.

**No. 44860.**—Protests 38883–K, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 41794 it was held that allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.

**No. 44861.**—Protests 684484–G, etc., of C. Cicchetti & Co., Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and T. D. 49389) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible coverings.